UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELICITA CASTILLO CASIANO, individually and on behalf of others similarly situated,

Plaintiff,

-v-

LAVANDERIA TU CASA CORP., et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 9407 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This case was referred to the undersigned for general pretrial supervision and dispositive motions.  (Dkt. No. 8).  Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline for Defendant Lavanderia Tu Casa Corp. ("Lavanderia") to respond to the Complaint was on December 5, 2025.  (Dkt. No. 9).  To date, Lavanderia has not responded to the Complaint.  As a one-time courtesy, the Court sua sponte EXTENDS the deadline for Lavanderia to respond to the Complaint to **Monday, December 15, 2025**.

Defendant is warned that failure to answer, move, or otherwise respond to the Complaint by **December 15, 2025**, may result in the Court permitting Plaintiff to initiate default proceedings.

Dated:     New York, New York
           December 8, 2025

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**