UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| FELICITA CASTILLO CASIANO, individually and on behalf of others similarly situated, | |
|---|---|
| Plaintiff, | CIVIL ACTION NO. 25 Civ. 9407 (DEH) (SLC) |
| -v- | **ORDER** |
| LAVANDERIA TU CASA CORP., et al., | |
| Defendants. | |

**SARAH L. CAVE,** United States Magistrate Judge.

As a mediation in this matter was scheduled for February 19, 2026 (Dkt. Entry dated Dec. 23, 2025), the parties are ORDERED to file a joint letter by **Monday, March 2, 2026** on the status of the mediation.

Dated:     New York, New York
            February 24, 2026

SO ORDERED.

_____

**SARAH L. CAVE**
**United States Magistrate Judge**