UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELICITA CASTILLO CASIANO, individually and on behalf of others similarly situated,

Plaintiff,

-v-

LAVANDERIA TU CASA CORP., et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 9407 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On February 25, 2026, the Court ordered the parties to file a letter-motion addressing whether their settlement in principle is fair and reasonable under Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015) (the "Letter-Motion"). (Dkt. No. 20). To date, the parties have not filed the Letter-Motion. As a one-time courtesy, the Court sua sponte EXTENDS the deadline to file the Letter-Motion to **Wednesday, March 18, 2026**.

Dated:    New York, New York
          March 12, 2026

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**