UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

FELICITA CASTILLO CASIANO, individually and on
behalf of others similarly situated,

                                                                    Civil Action No. 1:25-cv-09407

                *Plaintiff,*

-against-                                                           **JUDGMENT**

LAVANDERIA TU CASA CORP. (D/B/A
LAVANDERIA TU CASA) and ADULLAH
HADMAN,

                *Defendants.*

-------------------------------------------------------------------X

## JUDGMENT

On March 18, 2026, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, Felicita Castillo Casiano, has judgment against Defendants Lavanderia Tu Casa Corp (d/b/a Lavanderia Tu Casa) and Adullah Hadwan (s/h/a Adullah Hadman), jointly and severally, in the amount of Seventeen Thousand Five Hundred Dollars and Zero Cents ($17,500.00), which is inclusive of attorneys' fees and costs.

Dated:  March 19, 2026

_____

        HON.  DALE E. HO
        U.S. DISTRICT JUDGE